UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHARON M. GUTHRIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-0162-DCLC-SKL ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the parties' joint motion to amend the scheduling order to extend the current expert disclosure, fact and expert discovery, and dispositive motions deadlines due to Plaintiff's expected medical treatment [Doc. 23]. The parties do not seek to continue the trial date.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). For good cause shown and because the parties agree, the joint motion [Doc. 23] is **GRANTED** and the current Scheduling Order [Doc. 19] is amended only as follows:

| | |
|---|---|
| Plaintiff Expert Disclosure Deadline: | November 1, 2023 |
| Defendant Expert Disclosure Deadline: | December 15, 2023 |
| Rebuttal Expert Disclosure Deadline: | December 31, 2023 |
| Fact and Expert Discovery Cut-Off | January 17, 2024 |
| Dispositive Motions Due and Daubert Challenge Deadline | January 31, 2024 |

All other deadlines and requirements set forth in the Scheduling Order [Doc. 19] **SHALL** remain in effect.

SO ORDERED.

ENTER:

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE