IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHARON M. GUTHRIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-CV-162-DCLC-SKL |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The undersigned, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby makes his appearance as co-counsel for the Defendant United States of America (the "United States"). The undersigned is a registered user of the Court's Electronic Case Filing system and requests that all further pleadings, notices, and orders regarding the above-captioned case be served on him. Assistant United States Attorney, J. Spencer Fair, shall remain as lead counsel for the United States.

Respectfully Submitted,

FRANCIS M. HAMILTON III
United States Attorney

T. Mitchell Panter, BPR #031744)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Mitchell.Panter@usdoj.gov
Telephone: (865) 545-4167