IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CIVIL MINUTES:   **NON- JURY** TRIAL- DAY 2

Case No 1:22-CV-162   Date   July 9, 2024   Time 9:09-10:34/10:44-10:55 1:18-3:10/3:30-3:39

Style     SHARON M GUTHRIE vs.   UNITED STATES OF AMERICA

**The Honorable CLIFTON CORKER, U.S. District Judge, Presiding**

Courtroom Deputy KIM OTTINGER          Court Reporter KAREN BRADLEY

**PARTIES**

**COUNSEL**

SHARON M. GUTHRIE          CAMERON KUHLMAN
Plaintiff
          WILLIAM LEECH

vs.

UNITED STATES OF AMERICA          JACOB S. FAIR
Defendant
          MITCHELL PANTER

---

Introduction of evidence for Plaintiff resumed and concluded

Oral motion for Judgment as a Matter of Law by the Defendant- DENIED

Introduction of evidence for Defendant begun and concluded

Ruling from the bench as to witness(s)

Trial is continued until     8/6/2024 @ 9:00 a.m.