IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CIVIL MINUTES: *MOTION HEARING*

Guthrie vs. USA　　　Date: August 1, 2024

Case No. 1:22-CV-162　　　Time 1:30 to 1:50

Honorable Clifton L. Corker District Judge, Presiding

| Jason C. Keeton | DCR |
|---|---|
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Sharon M. Guthrie | Cameron Kuhlman |
| V | |
| United States of America | Mitchel Panter |
| Movant | |
| Dr. Mark G. Freeman | Nora Kaufmann |

**PROCEEDINGS:**

RE: **Motion to Quash doc [130]**

✓ Opening statements by the Court

✓ Oral argument by Plaintiff

✓ Oral argument by Defendant

✓ Order to enter　　　**all parties via telephone

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
1-22-CV-162_20240801_131855