UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SHARON M. GUTHRIE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-CV-00162-DCLC-SKL |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the Motion of Non-Party Mark G. Freeman, M.D. ("Dr. Freeman") to Quash Subpoena [Doc. 130]. The Court held a telephonic hearing on the motion on August 1, 2024, during which Cameron Kuhlman appeared on behalf of Plaintiff Sharon M. Guthrie, Mitchell Panter appeared on behalf of the United States of America ("the Government"), and Nora Koffman appeared on behalf of Dr. Freeman. During the hearing, the parties agreed to permit Plaintiff to depose Dr. Freeman in lieu of live testimony and the Court approved. Accordingly, Dr. Freeman's Motion to Quash [Doc. 130] is **DENIED AS MOOT**.

The parties are **ORDERED** to coordinate and agree upon a date and time for the deposition of Dr. Freeman, which shall take place no later than **Friday, August 16, 2024**. It is further **ORDERED** that Plaintiff shall file a notice informing the Court of the scheduled deposition date and the parties shall promptly file the transcript upon completion. Upon receipt of the transcript and following disposition of any objections contained therein, the case will be submitted. Accordingly, the bench trial, currently scheduled for August 6, 2024, is **CANCELLED**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge